# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,    :    No. 427 WAL 2015
   :
               Respondent    :
   :
   :    Petition for Allowance of Appeal from
   :    the Order of the Superior Court
             v.    :
   :
   :
   :
WILLIAM HUGHES,    :
   :
             Petitioner    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 8th day of March, 2016, the Petition for Allowance of Appeal is **DENIED**.

     Justice Eakin did not participate in the consideration or decision of this matter.